UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------------------x
Abraham Kleinman, individually and on behalf of all others similarly situated,

        Plaintiff,

Case No.: 3:21-cv-11106

       -against-

Afni, Inc.,

        Defendant(s).
----------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney and the Defendant, Afni, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Afni, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 28, 2021

Respectfully Submitted,

**So Ordered this** ____ **day of July, 2021.**

_/s/Yaakov Saks_
Yaakov Saks Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601

_____
**Honorable Michael A. Shipp, U.S.D.J.**